

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
07/02/2013

| | | |
|---|---|---|
| In Re:  Holmes, Michael James | § | Case No.10-37687-H4-13 |
| Debtor | § | |
| | § | |

\# 86   **ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the application of Michael Holmes, seeking payment of $4,050.00 representing funds previously unclaimed by

> Michael Holmes
> 6902 Treeline Drive
> Humble, Texas   77346

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that Jason Laas-Sughrue is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $4,050.00 to:

> Michael Holmes
> c/o Jason Laas-Sughrue
> 5225 Katy Freeway Suite 505
> Houston, Texas   77007

Signed this 1st day of July, 2013.

Jeff Bohm
Chief United States Bankruptcy Judge