

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/13/2014

In Re: Holmes, Michael James §  Case No.10-37687-H4-13
Debtor §
§  #93

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the application of Michael Holmes, seeking payment of $6,075.00 representing funds previously unclaimed by

> Michael Holmes
> 6902 Treeline Drive
> Humble, Texas   77346

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that Jason Laas-Sughrue is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $6,075.00 to:

> Michael Holmes
> c/o Jason Laas-Sughrue
> 5225 Katy Freeway Suite 505
> Houston, Texas   77007

Signed this 10th day of Jan, 2014.

Jeff Bohm
Chief United States Bankruptcy Judge