IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   07-36987-H4-13 |
| | § | |
| MOHAMMAD Z. MASAB | § | CHAPTER 13 |
| | § | |
| | § | |
| DEBTOR | § | |

### NOTICE OF WITHDRAWAL OF DOCUMENT #121

PLEASE TAKE NOTICE that David G. Peake, Trustee, hereby WITHDRAWS the "Motion to Deposit Funds into Court Registry" filed in the above referenced matter on February 15, 2011, at docket # 121.

Dated: February 16, 2011

/s/ David G. Peake
David G. Peake
Chapter 13 Standing Trustee
Admissions I.D. No. 15679500
9660 Hillcroft, Ste. 430
Houston, TX  77096
(713) 283-5400 Telephone
(713) 852-9084 Facsimile

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above instrument was electronically filed, pursuant to Rule 5005, Local Rules for the U. S. Bankruptcy Court, Southern District of Texas, with the Houston Division of that court and that receipt there under of notice of electronic filing is equivalent to service upon the parties.

Dated:  February 16, 2011

/s/ David G. Peake
David G. Peake
Chapter 13 Standing Trustee