IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: MOHAMMAD Z. MASAB | § § § § § | CASE NO: 07-36987-H4-3 |
| DEBTOR(S) | | CHAPTER 13 |

**ENTERED 02/17/2011**

## ORDER

CAME ON FOR CONSIDERATION, the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

ORDERED that David G. Peake, the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount **$4,276.84** owed to **MOHAMMAD Z. MASAB** into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

SIGNED this the __17TH__ day of __February__, __2011__

_____
DEPUTY CLERK

121

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: MOHAMMAD Z. MASAB | § § § § § | CASE NO: 07-36987-H4-3 |
| DEBTOR(S) | | CHAPTER 13 |

### UNCLAIMED FUNDS

| NAME & ADDRESS: | AMOUNT |
|---|---|
| MOHAMMAD Z. MASAB<br>323 SULKY TRAIL<br>HOUSTON, TX 77060 | $4,276.84 |
| **TOTAL FOR UNCLAIMED FUNDS** | $4,276.84 |