UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Case No. 07-36987-H4-7 |
| **MOHAMMAD Z. MASAB** | Chapter 7 |
| Debtor(s). | APPLICATION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (a) |

The undersigned trustee reports:

\_\_\_\_  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

 X    More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated 03/26/14

/s/ Ronald J. Sommers
Ronald J. Sommers
2800 POST OAK BLVD
61st Floor
Houston, TX 77056

**CERTIFICATE OF SERVICE**

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas  77002 via electronic transmission (ECF), on this 26th day of March, 2014.

/s/ Ronald J. Sommers
Ronald J. Sommers

## EXHIBIT "A"

Please check one:

__        Small Dividends

XX        Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | 2 | 79.27 |
| Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | 19 | 61.43 |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL:** |  | **$140.70** |