

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/08/2014

| | | |
|---|---|---|
| In re: MOHAMMAD Z. MASAB | § § § § | Case No. 07-36987-H4-7 |
| Debtor(s). | | Chapter 7 |

### ORDER FOR DEPOSIT OF FUNDS

Upon the Application of the Trustee to Pay Unclaimed Funds into the Registry of the Court under 11 U.S.C. § 347, the Trustee is directed to deposit into the registry those unclaimed funds reflected on the attachment to this order.

This order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order 2000-3.

Dated: April 8, 2014

By: _____
Deputy Clerk

APPROVED AND REQUESTED
FOR ENTRY:

By: /s/ Ronald J. Sommers
  Ronald J. Sommers, Trustee
  Texas Bar No. 18842500
  2800 Post Oak Blvd., 61st Floor
  Houston, Texas 77056-5705
  (713) 960-0303--Phone
  (713) 892-4800--Fax

## EXHIBIT "A"

Please check one:

_\_\_\__        Small Dividends

_XX_        Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | 2 | 79.27 |
| Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | 19 | 61.43 |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL:** |  | **$140.70** |